# UNITED STATES DISTRICT COURT

for the

_MIDDLE_ District of _TENNESSEE_

_NASHVILLE_ Division

<table>
<tr><td></td><td>)</td><td>Case No</td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td>_JAMES S. DALTON_</td><td>)</td><td>_(to be filled in by the Clerk's Office)_</td></tr>
<tr><td>_Plaintiff(s)_</td><td>)</td><td></td></tr>
<tr><td>_(Write the full name of each plaintiff who is filing this complaint_</td><td>)</td><td></td></tr>
<tr><td>_If the names of all the plaintiffs cannot fit in the space above,_</td><td>)</td><td></td></tr>
<tr><td>_please write "see attached" in the space and attach an additional_</td><td>)</td><td></td></tr>
<tr><td>_page with the full list of names )_</td><td>)</td><td></td></tr>
<tr><td>-v-</td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td>_CHAD YOUKER_</td><td>)</td><td></td></tr>
<tr><td>_Defendant(s)_</td><td>)</td><td></td></tr>
<tr><td>_(Write the full name of each defendant who is being sued If the_</td><td>)</td><td></td></tr>
<tr><td>_names of all the defendants cannot fit in the space above, please_</td><td>)</td><td></td></tr>
<tr><td>_write ' see attached ' in the space and attach an additional page_</td><td>)</td><td></td></tr>
<tr><td>_with the full list of names Do not include addresses here )_</td><td></td><td></td></tr>
</table>

RECEIVED

APR 2 3 2026

U.S DISTRICT COURT
MIDDLE DISTRICT OF TN

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5 2 addresses the privacy and security concerns resulting from public access to electronic court files Under this rule, papers filed with the court should _not_ contain· an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number A filing may include _only_ the last four digits of a social security number; the year of an individual's birth; a minor's initials, and the last four digits of a financial account number

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis

Case 3:26-cv-00524    Document 1    Filed 04/23/26    Page 1 of 12 PageID #: 1

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint Attach additional pages if needed

Name      James S. Dalton

All other names by which you have been known

ID Number      1170

Current Institution      Williamson Co Jail

Address      408 Century Ct

Franklin      TN      37064

           City            State            Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation  Make sure that the defendant(s) listed below are identical to those contained in the above caption  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both  Attach additional pages if needed

Defendant No 1

Name      Chad Youker

Job or Title (if known)      Captain

Shield Number

Employer      Williamson Co Sheriff

Address      408 Century Ct

Franklin      TN      37064

           City            State            Zip Code

[X] Individual capacity      [X] Official capacity

Defendant No 2

Name

Job or Title (if known)

Shield Number

Employer

Address

           City            State            Zip Code

[ ] Individual capacity      [ ] Official capacity

Defendant No 3

    Name

    Job or Title *(if known)*

    Shield Number

    Employer

    Address

|  | City | | State | | Zip Code |
|---|---|---|---|---|---|

☐ Individual capacity     ☐ Official capacity

Defendant No 4

    Name

    Job or Title *(if known)*

    Shield Number

    Employer

    Address

|  | City | | State | | Zip Code |
|---|---|---|---|---|---|

☐ Individual capacity     ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U S C § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]" Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U S 388 (1971),* you may sue federal officials for the violation of certain constitutional rights

A    Are you bringing suit against *(check all that apply)*.

    ☐ Federal officials (a *Bivens* claim)

    ☒ State or local officials (a § 1983 claim)

B    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]" 42 U S C § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

    — RLUIPA    — TCA 41-21-211

    — FREE EXERCISE    — FTCA

    — ESTABLISHMENT    — RETALIATION

    — SPENDING & COMMERCE CLAUSE

C    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D      Section 1983 allows defendants to be found liable only when they have acted 'under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia " 42 U S C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law   If you are suing under *Bivens*, explain how each defendant acted under color of federal law   Attach additional pages if needed

CHAD YOUKOR HAS IMPLEMENTED A "MINISTER BAN" ALONG WITH A "BIBLE BAN" THE COERCION OF 'ATHEIST POLICY' HAS PLACED A SUBSTANTIAL BURDEN ON MY SINCERELY HELD RELIGIOUS BELIEFS TO CONFESSION WITH THE MOST RESTRICTIVE MEANS. HE ALSO BANNED ALL AA BOOKS.

## III.     Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*

☒      Pretrial detainee

☐      Civilly committed detainee

☐      Immigration detainee

☐      Convicted and sentenced state prisoner

☐      Convicted and sentenced federal prisoner

☐      Other *(explain)*

## IV.     Statement of Claim

State as briefly as possible the facts of your case   Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events   You may wish to include further details such as the names of other persons involved in the events giving rise to your claims   Do not cite any cases or statutes   If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.   Attach additional pages if needed

A      If the events giving rise to your claim arose outside an institution, describe where and when they arose

B      If the events giving rise to your claim arose in an institution  describe where and when they arose

FRANKLIN TN.

WILLIAMSON Co JAIL

1/18/23 - PRESENT DAY

C    What date and approximate time did the events giving rise to your claim(s) occur?

1/18/23 — PRESENT, DAY

D    What are the facts underlying your claim(s)? *(For example  What happened to you? Who did what?*
*Was anyone else involved? Who else saw what happened?)* ON 1/18/23 CHAP YOUKER
SEIZED ALL BIBLES & AA BOOKS, AS OF 4/1/26 HE BANNED MINISTER
VISITS FOR CONFESSION "OUT" OF RETALIATION. THE COERCION OF
ATHEIST & AGNOSTIC POLICY OUT OF RETALIATION PLACES A SUBSTANTIAL
BURDEN ON MY SINCERELY HELD RELIGIOUS BELIEFS WITH THE MOST
RESTRICTIVE MEANS. RESTRICTION OF ACCESS TO BIBLES & MINISTERS IS
USED AS A FORM OF PUNISHMENT

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical
treatment, if any, you required and did or did not receive

— I AM IN FEAR OF FURTHER RETALIATION BY CHAP YOUKER

— MY CONSTITUTIONAL RIGHTS ARE VIOLATED, I MIGHT END UP
IN HELL FOR ETERNITY IF I DON'T CONFESS MY SINS

## VI.    Relief

State briefly what you want the court to do for you  Make no legal arguments  Do not cite any cases or statutes
If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for
the acts alleged.  Explain the basis for these claims

— ENFORCE RLUIPA TO INCLUDE PHYSICAL ACCESS TO BIBLES, AA BOOKS, & MINISTER
— VISITS FOR CONFESSION
— ENFORCE TCA 41-21-211
— ENFORCE FREE EXERCISE, ESTABLISHMENT, SPENDING, COMMERCE CLAUSE
— JURY DEMAND, APPOINT COUNSEL, CERTIFY CLASS ACTION, PRELIMINARY INJUNCTION
— $ 25,000,000 IN DAMAGES, ALL COURT COST & FEES

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U S C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted"

Administrative remedies are also known as grievance procedures Your case may be dismissed if you have not exhausted your administrative remedies

A    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s)

WILLIAMSON Co JAIL

B    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C    Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?
MINISTER VISIT BAN, NO ACCESS TO BIBLES & AA SOURCE

COERCION OF ATHEIST POLICY

D       Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E       If you did file a grievance

1    Where did you file the grievance?

VERBAL

- GRIEVANCE DROP BOX

- KIOSK

2    What did you claim in your grievance?

1. NEED ACCESS TO A MINISTER FOR CONFESSION; ALONG WITH ACCESS TO A PHYSICAL BIBLE & AA BOOK

3    What was the result, if any?

DENIED

4    What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not *(Describe all efforts to appeal to the highest level of the grievance process)*

I APPEALED EACH DECISION & EXHAUSTED ALL INTERNAL REMEDIES

F     If you did not file a grievance

  1    If there are any reasons why you did not file a grievance, state them here

  2    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any

G     Please set forth any additional information that is relevant to the exhaustion of your administrative remedies

I · REQUESTED  11 TIMES· FOR  AN  INMATE TRUST ACCOUNT ?
ACCESS  TO  A  BIBLE.  THE  DEFENDANT  IS  JAIL  ADMIN ?
ATTEMPTING  TO  BLOCK  LITIGATION  OR  OBSTRUCT  JUSTICE

*(Note You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies )*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury " 28 U S C. § 1915(g)

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible

A   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format )*

1   Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.   Court *(if federal court, name the district, if state court, name the county and State)*

_____

3   Docket or index number

_____

4   Name of Judge assigned to your case

_____

5   Approximate date of filing lawsuit

_____

6   Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition _____

7   What was the result of the case? *(For example  Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

_____

C   Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Case 3:26-cv-00524   Document 1   Filed 04/23/26   Page 9 of 12 PageID #: 9

☐ Yes

☒ No

D    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format )*

1    Parties to the previous lawsuit

Plaintiff(s)

Defendant(s)

2    Court *(if federal court, name the district, if state court, name the county and State)*

3    Docket or index number

4    Name of Judge assigned to your case

5    Approximate date of filing lawsuit

6.   Is the case still pending?

☐ Yes

☐ No

If no  give the approximate date of disposition

7    What was the result of the case?  *(For example  Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

Case 3:26-cv-00524    Document 1    Filed 04/23/26    Page 10 of 12 PageID #: 10

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation, (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law, (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery, and (4) the complaint otherwise complies with the requirements of Rule 11

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing    4/1/26

Signature of Plaintiff

Printed Name of Plaintiff    JAMES  DALTON

Prison Identification #    1170

Prison Address    408  CENTURY  CT

FRANKLIN                    TN          37064
_____
City                         State          Zip Code

### B. For Attorneys

Date of signing·

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

_____
City                         State          Zip Code

Telephone Number

E-mail Address



This correspondence is from an inmate in a correctional institution. The Williamson County Sheriff's Office has neither censored nor inspected this item. Therefore this department does not assume responsibility for its contents.

**Williamson County Sheriff's Office**

Robert Graves
13920
408 Century CT
Franklin, TN 37064

U.S. DISTRICT COURT
CLERKS OFFICE
719 CHURCH ST #1300
NASHVILLE, TN 37203

RECEIVED
APR 23 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

20 APR 2026 PM 4 L
NASHVILLE TN 370

FOREVER / USA

LEGAL

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2022

FSC
MIX
Envelope
FSC® C137131