July 13, 2026

RECEIVED
JUL 17 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

#1170

3-26-CV-00524 JAMES S. DALTON

I'm completly withdrawing from thes lawsuit, I dont agree with it, from the start I was Told a lie, the statements made I didn't hear them, and I didn't say they (Chad youker or fairchild) stated them, I want my docket Removed from the law glossary. I'm greatfully sorry for my involvment, I did ask for a bible in September and was not giving one that day but I was giving one shortly after, only time I ever seen youker personaly is when he walked in to a church service in may 2026, and he didn't even say a word, I'm not a liar, I'm personally going through a situation were people are lying on me on the charges I'm being held on, I defenently would not want to jepordize anyone's liberty or reputation, no matter what people are doing to me or anyone else, I didn't even write the complaint, or file the lawsuit, none of it's my handwriting, and some papers were sent out without my knowlege, and Deputy fairchild never said what was allegely said

God Bless

James Dalton #1170

JAMES S DALTON #1170
Williamson County Jail
408 Century Ct
Franklin TN, 37064

NASHVILLE TN 370
15 JUL 2026 PM 3 L

Legal Mail


FOREVER / USA

RECEIVED
JUL 17 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

Clerk, US District Court
719 Church Street, Suite 1300
Nashville, TN 37203

37203-709525

Legal Mail

This correspondence is from an inmate in a correctional institution. The Williamson County Sheriff's Office has neither censored nor inspected this item. Therefore this department does not assume responsibility for its contents.
Williamson County Sheriff's Office

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

FSC MIX Envelope FSC® C137131

© USPS 2022